IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge John L. Kane**

Civil Action No. **09-cv-1014-JLK-KMT**

**ERIN MURRAY on behalf of Jordon Holloway, a minor,**

 Plaintiff,

v.

**UNITED STATES OF AMERICA,**

 Defendant.

## ORDER

**Kane, J.**

 Consistent with the outcome of the Settlement Conference conducted by Magistrate Judge Kathleen M. Tafoya on February 19, 2010, this case is **STAYED** for a period of 120 days, up to and including June 19, 2010. Dismissal documents or a status report are due on or before that date.

 Dated: February 23, 2010

              BY THE COURT:

              *S/John L. Kane*
              JOHN L. KANE, SENIOR JUDGE
              UNITED STATES DISTRICT COURT