IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge John L. Kane**

Civil Action No. **09-cv-1014-JLK-KMT**

**ERIN MURRAY on behalf of Jordon Holloway, a minor,**

    Plaintiff,

v.

**UNITED STATES OF AMERICA,**

    Defendant.

## ORDER

**Kane, J.**

    Plaintiff's Corrected Unopposed Motion to Amend Complaint (doc. #24), filed May 28, 2010, is GRANTED. The Corrected Amended Complaint for Damages (doc. #24-1) is accepted for filing.

    Dated: June 2, 2010

                                      BY THE COURT:

                                      *S/John L. Kane*
                                      JOHN L. KANE, SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT