IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01014-JLK-KMT

ERIN MURRAY, on behalf of J.H., a minor,

      Plaintiff,

      v.

UNITED STATES OF AMERICA, DEPARTMENT OF HEALTH AND HUMAN SERVICES,

      Defendant.

## ORDER DISMISSING CASE

Pursuant to the stipulation of dismissal filed by the parties pursuant to Fed. R. Civ. P. 41(a)(1), all claims in this cause of action are dismissed with prejudice. Each party shall pay its own costs and attorneys' fees.

DATED: June 15, 2010                        *S/John L. Kane*
                                                  United States District Court